IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| RICHARD M. GRAY, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action Number: |
| | * | CV204-134 |
| HARTFORD ACCIDENT & INDEMNITY COMPANY, | * | |
| Defendant. | * | |

### ORDER

Based upon the foregoing Motion, this action is hereby DISMISSED.

SO ORDERED on this the 22 day of July, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA